IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM E. MOORE, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 2:21-cv-11063-VAR-APP |
| UTILITY METERING SOLUTIONS, | ) HON. VICTORIA ROBERTS |
| Defendant. | ) |

## STIPULATED ORDER TO DISMISS COMPLAINT AND AGREEMENT TO ARBITRATE CLAIMS

Upon stipulation of the parties;

1. On May 7, 2021, Plaintiff William Moore filed his operative Complaint, styled *William Moore v. Utility Metering Solutions*, Case No. 2:21-cv-11063-VAR-APP (ECF No. 1), alleging Harassment & Discrimination on the Basis of Race in Violation of Title VII and the Michigan Elliott-Larsen Civil Rights Act ("ELCRA"), Retaliation in Violation of Title VII and ELCRA, and Wrongful Discharge in Violation of Michigan Public Policy.

2. On July 7, 2021, Mr. Philip Phillips, counsel for Utility Metering Solutions, requested Mr. Moore submit this matter to final and binding arbitration, pursuant to a Mutual Arbitration Agreement.

3. On August 3, 2021, the parties agreed to arbitrate Plaintiff William Moore's claims for harassment, discrimination, retaliation, and wrongful discharge with Honorable James J. Rashid, Retired Circuit Judge

4. Accordingly, the parties stipulate and agree Case No. 2:21-cv-11063-VAR-APP (ECF No.

1

1) should be dismissed with prejudice. Plaintiff's claims are subject to final and binding arbitration by Ret. Judge Rashid.

Case No. 2:21-cv-11063-VAR-APP be dismissed with prejudice and compel the parties to arbitration.

**ORDERED.**

Dated: 8/18/2021

s/ Victoria A. Roberts
U.S. DISTRICT COURT JUDGE

Dated: August 16, 2021

Respectfully Submitted,

/s/Philip B. Phillips
Philip B. Phillips
Foley & Lardner LLP
*Attorney for Defendant*
500 Woodward Avenue, Suite 2700
Detroit, MI 48226
pphillips@foley.com

/s/ Carla D. Aikens
Carla D. Aikens (P69530)
Michael L. Jones (P85223)
CARLA D. AIKENS, P.L.C.
*Attorneys for Plaintiff*
615 Griswold Ste. 709
Detroit, MI 48226
carla@aikenslawfirm